**UNITED STATES of America**

v.

**Albert LEON a/k/a "La", Albert Leon, Appellant.**

No. 14–4748.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit L.A.R. 34.1(a) July 10, 2015.

Filed April 12, 2016.

Stephen R. Cerutti, II, Esq., Christy H. Fawcett, Esq., Office of United States Attorney, Harrisburg, PA, for United States of America.

Albert Leon, Ray Brook, NY, pro se.

Frederick W. Ulrich, Esq., Office of Federal Public Defender, Harrisburg, PA, for Appellant.

Before: FUENTES, ROTH, and NYGAARD, Circuit Judges.

## JUDGMENT ORDER

JULIO M. FUENTES, Circuit Judge.

This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on July 10, 2015. The District Court held a final supervised release revocation hearing and by judgment entered December 5, 2014 imposed a twelve-month prison sentence for Defendant's violation. Counsel filed a notice of appeal from the District Court's judgment. Counsel then filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Although given an opportunity to do so, Defendant did not file a pro se brief. Subsequently, Defendant completed the imposed sentence.

The Defendant having completed the service of his revocation sentence and having been released by the Bureau of Prisons with no additional supervised conditions imposed, this appeal is dismissed as moot in accordance with *Spencer v. Kemna*, 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43

(1998); *United States v. Kissinger*, 309 F.3d 179, 181–82 (3d Cir.2002). The motion to withdraw as counsel pursuant to *Anders* is hereby granted.